Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675040812
Cashier ID: amorgan
Transaction Date: 04/25/2016
Payer Name: Mark J. Downtown
--------------------------------------
CIVIL FILING FEE
 For: Mark J. Downtown
 Amount:        $400.00
--------------------------------------
CHECK
 Check/Money Order Num: 1083
 Amt Tendered:  $400.00
--------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

3:16-799