IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

JOHN DOE, a minor, by and through his
Mother and next friend, SHARIEKA FRAZIER,

    Plaintiff,

v.                                        NO. 3:16-cv-0799

BONNIE HOMMRICH, in her official capacity
as the Commissioner of the Tennessee
Department of Children's Services, THE
TENNESSEE DEPARTMENT OF CHILDREN'S
SERVICES, RUTHERFORD COUNTY, TENNESSEE,
LYNN DUKE, in her individual and official capacity
as Director of the Rutherford County Detention
Facility and LIEUTENANT ANGELA ISTVANDITSCH,
in her individual capacity as an office of the
Rutherford County Juvenile Detention Facility,

    Defendants.

## ENTRY OF APPEARANCE

    COME NOW Josh A. McCreary and Nicholas C. Christiansen of Cope, Hudson, Reed & McCreary, PLLC and enter their appearance on behalf of Defendants, Rutherford County, Tennessee, Lynn Duke and Lieutenant Angela Istvanditsch.

Respectfully submitted,

Cope, Hudson, Reed & McCreary, PLLC

By: /s/ Josh A. McCreary
    Josh A. McCreary,
    Tenn. BPR#19498
    Nicholas C. Christiansen
    Tenn. BPR #30103
    16 Public Square North
    P.O. Box 884
    Murfreesboro, TN 37133
    (615) 893-5522
    jmccreary@mborolaw.com
    nchristiansen@mborolaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent via the Court's electronic filing system to all counsel registered in this case.

this 27th day of April, 2016.

    /s/ Josh A. McCreary
    Josh A. McCreary

2

Case 3:16-cv-00799   Document 10   Filed 04/27/16   Page 2 of 2 PageID #: 64