# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| JOHN DOE, et al., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:16-cv-0799 |
| | ) JUDGE RICHARDSON/BROWN |
| BONNIE HOMMRICH, et al., | ) |
| Defendants. | ) |

## NOTICE OF FILING DECLARATION OF JENNIFER M. KEOUGH REGARDING SERVICE OF CAFA NOTICE

COMES NOW Defendant Rutherford County, Tennessee, by and through counsel, and files this Notice of Filing Declaration of Jennifer M. Keough regarding service of the CAFA notice in compliance with the Class Action Fairness Act of 2005, 28 U.S.C. §1715. Said Declaration is attached hereto as Exhibit "A".

Respectfully submitted,

By:/s/Nicholas C. Christiansen
    Nicholas C. Christiansen, #30103
    16 Public Square North
    P.O. Box 884
    (615) 893-5522
    nchristiansen@mborolaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent via the Court's electronic filing system to all counsel registered in this case this 5th day of July, 2019:

Wesley B. Clark
Mark J. Downton
Downtown Clark, PLLC
2706 Larmon Drive
Nashville, TN 37204
wesley@downtonclark.com
mark@downtonclark.com

Thomas H. Castelli
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
tcastelli@aclu-tn.org

Alexander Rieger, Esq.
Office of the Attorney General and Reporter
General Civil Division
P.O. Box 20207
Nashville, TN 37101
alex.rieger@ag.tn.gov

Jonathan P. Lakey
Pietranglo Cook, PLLC
International Place – Tower II
640 Poplar Ave., Suite 190
Memphis, TN 38119
jlakey@walkcook.com

/s/Nicholas C. Christiansen
**Nicholas C. Christiansen**