# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN DOE, a minor, by and
through his Mother and next friend
SHARIEKA FRAIZER,

Plaintiff,

v.

Case No.: 3:16-cv-00799
JUDGE Richardson/Brown

BONNIE HOMMRICH, et al

Defendants.

_____/

## DECLARATION OF JENNIFER M. KEOUGH REGARDING SERVICE OF CAFA NOTICE

I, Jennifer M. Keough, hereby declare as follows:

1. I am the Chief Executive Officer of JND Legal Administration LLC ("JND"). JND has been retained to Administer the CAFA Notice Mailing in the above-captioned matter. This Declaration is based on my personal knowledge, as well as upon information provided to me by experienced JND employees, and if called upon to do so, I could and would testify competently to the facts set forth herein.

2. Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715, on April 4, 2019, JND sent on behalf of Bonnie Hommrich, the Tennessee Department of Children's Services, and Rutherford County, Tennessee, notices of the class action settlement, including all pertinent documents listed in 28 U.S.C. § 1715(b), in this case to the United States Attorney General and to the appropriate state officials. True and correct copies of the letters sent to federal and state

officials and a list of the federal and state officials to whom letters were sent are attached hereto as Exhibit A.

3. JND sent the CAFA Notice with Tracking to monitor the deliverability status of each packet. JND confirms that all CAFA Notices were delivered on or before April 15, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of April, 2019 at Seattle, Washington.

By: *[signature]*
JENNIFER M. KEOUGH

SWORN TO AND SUBSCRIBED before me this 29th day of April, 2019.

*[signature]*
Mellissa Velo-Simpson
Notary Public of the State of Washington
My Commission Expires: 09-16-2022

MELLISSA H VELO-SIMPSON
NOTARY PUBLIC
STATE OF WASHINGTON
License Number 16726
My Commission Expires September 16, 2022